

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-35,935-04

### EX PARTE RAYMUNDO MELENDEZ, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 20080D04159-168-02 IN THE 168TH DISTRICT COURT
### FROM EL PASO COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of possession of a controlled substance and sentenced to imprisonment for twenty-two years.

On October 11, 2014, findings of fact and conclusions of law were signed by the trial court. Those findings state that the trial court made such findings after consideration of the record, including "the State's answer on remand, its attached affidavit and exhibits." The habeas record does not include any response from the State, nor does it contain any affidavits or exhibits. The habeas

record is incomplete. We remand this application to the 168th District Court of El Paso County to supplement the record with the documents it considered before making its findings and conclusions.

This application will be held in abeyance until the trial court has supplemented the record. A supplemental transcript containing the State's response, including all affidavits and exhibits, and any other documents not included in the record already sent to this Court, shall be forwarded to this Court within 30 days of the date of this order. Any extensions of time shall be obtained from this Court.

Filed: January 14, 2015
Do not publish